IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| KELVIN BEASLEY AND CINDY BEASLEY, )<br><br>Plaintiffs, )<br><br>v. )<br><br>CORNERSTONE DETENTION PRODUCTS, INC. AND CORNERSTONE INSTITUTIONAL, LLC, )<br><br>Defendants. ) | CIVIL ACTION NO. CV613-034<br><br>JURY TRIAL DEMANDED |

### ORDER STAYING DEADLINES

The Parties, by consent, having moved this Court for a stay of the presently set deadlines for the purpose of pursuing alternate dispute resolution through mediation, and it appearing for good cause shown that the deadlines should be stayed, the Court hereby orders that the presently set deadlines shall be stayed for a period of ninety (90) days from the date of this Order. *No further extensions.*

SO ORDERED this 4th, day of November, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1