# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| KELVIN BEASLEY AND<br>CINDY BEASLEY, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  CV613-034 |
| | ) | |
| CORNERSTONE DETENTION | ) | JURY TRIAL DEMANDED |
| PRODUCTS, INC. AND | ) | |
| CORNERSTONE INSTITUTIONAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER STAYING DEADLINES

The Parties, by consent, having moved this Court for a stay of the presently set deadlines for

the purpose of pursuing alternate dispute resolution through mediation, and it appearing for good

cause shown that the deadlines should be stayed, the Court hereby orders that the presently set

deadlines shall be stayed for a period of ninety (90) days from the date of this Order. *No further extensions.*

SO ORDERED this 4ᵗʰ, day of  *November* , 2013.


_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

1